AO 442

*1983* **FILED**

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

APR 2 1 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Sandra Guadalupe Martinez

## WARRANT FOR ARREST

22537 - 298

**Case Number:**   17-cr-02602-JES-1

~~NOT FOR PUBLIC VIEW~~

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Sandra Guadalupe Martinez
                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
                                                                                                                          ☐ Pretrial Violation

charging him or her with  (brief description of offense):

DATE: 4-14-2025    El Centro
ARRESTED BY: Court house
STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY:

RECEIVED
U.S. MARSHALS S/CA
2025 APR 11  AM 10:12

In violation of Title _____ See Above _____ United States Code, Section(s) _____

John Morrill                                                    Clerk of the Court
Name of Issuing Officer                                   Title of Issuing Officer

s/ A. Islas                                                        4/11/2025, San Diego, CA
Signature of Deputy                                        Date and Location

Bail fixed at $ _____    by _____ The Honorable James E. Simmons, Jr
                                                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

